AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

_for the_ DISTRICT OF _Columbia_

UNITED STATES OF AMERICA
v.

**FILED**
AUG 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WAIVER OF INDICTMENT

CASE NUMBER: 08-CR-00175(RJL)

I, _Francisco Fernandez Rivas_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _July 9, 2008_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

X _F Fernandez_
Defendant

_Joselin Saint Preux_
Counsel for Defendant

Before _[signature]_
Judicial Officer