U.S. Department of Justice
U.S. Attorneys

---

# United States District Court
# for the District of Columbia

---

UNITED STATES OF AMERICA          :

v.                                :

FRANCISCO FERNANDEZ RIVAS         :     Case No.   08-175 (RJL)

                                  :

                                  :

<u>O R D E R</u>

**FILED**

AUG 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __**25th**__ day of __**August 2008**__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on **A date convenient to both parties** by __**FBI S/A Sean Ryan and Al Tenuta**__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __**FBI S/A Sean Ryan and Al Tenuta**__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge ~~XXXXXXXXXXXXXX~~  Alan Kay

Court
~~DEFENSE COUNSEL~~

DOJ USA-16-1-80