UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>v. )<br>)<br>FRANCISCO JAVIER FERNANDEZ )<br>RIVAS, )<br>Defendant. )<br>_____) | CR. No. 08-175 (RJL/AK) |

REPORT AND RECOMMENDATION

This matter was referred to a United States Magistrate Judge by the Honorable Richard J. Leon, for the acceptance of a plea to Count II of a Criminal Information, alleging a violation of Title 22, D.C. Code §§3221(b) and 3222(b)(2), charging the Defendant with Fraud in the Second Degree.

Hearing on Plea

The Defendant, Francisco Javier Fernandez Rivas, came before the Court on August 25, 2008, represented by counsel, Josselin Saint-Preux. The Government was represented by Assistant United States Attorney Ellen Chubin Epstein. For the record, Defendant, Defendant's counsel and Government counsel consented to proceed before the undersigned United States Magistrate Judge, for the purpose of conducting the plea colloquy and accepting the plea. The Court placed Mr. Rivas under oath and ascertained that he was competent to enter a plea to Count Two of the Criminal Information, and the Court then proceeded to explain the nature of the charges to which the plea was being offered.

The Court followed Rule 11 of the Federal Rules of Criminal Procedure, advising the

Defendant of the maximum possible penalty provided by law and ascertaining his awareness of the Sentencing Guidelines and the fact that such Guidelines are no longer mandatory, but should be considered by the sentencing court. The Defendant acknowledged that he wished to waive his right to a jury trial before a United States District Court Judge and that by entering a plea of guilty, which, if accepted by the District Court, would waive his right to appeal a judgment of guilt. The Defendant indicated that the terms and conditions contained in the plea agreement, which was filed and made part of the record in this case, accurately reflected the agreement between himself, his counsel, and the United States and that no other promises, other than what was contained in the plea agreement, had been made to him in order to secure his plea of guilty in this case. Defendant acknowledged that he committed fraud in the second degree.

The Court found, after advising Mr. Rivas of his rights, Defendant's plea of guilty to Count Two of the Criminal Information was voluntarily and knowingly made and that his admissions of guilt encompassed each of the elements of the offense charged in Count Two of the Criminal Information.

## Recommendation

The undersigned recommends that the trial court accept Mr. Rivas's of guilty based upon this Court's finding that the plea of guilty was knowingly and voluntarily made by Mr. Rivas, who was found to be competent and that he fully understood the nature and the consequences of entering such a plea. Following the entry of the plea of guilty, the Court directed that the Defendant be placed on a personal recognizance bond. Defendant was referred to the Probation

Office for a Pre-sentencing Investigation Report. Sentencing is set for November 14, 2008, at 4:00 p.m, before the Honorable Richard J. Leon.

August 26, 2008                                 _____/s/_____
                                                ALAN KAY
                                                UNITED STATES MAGISTRATE JUDGE